**Supreme Court**
No. 2017-177-Appeal.
(WB 14-532)

James P. Manning              :

v.              :

Rose Hill Golf Club, Inc.              :

Present:  Suttell, C.J., Goldberg, Robinson, and Indeglia, JJ.

**O R D E R**

The Court being evenly divided, the judgment of the Superior Court is affirmed.

Justice Flaherty did not participate.

Entered as an Order of this Court this 14th day of December, 2018.

By Order,

_____/s/_____

Clerk

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPREME COURT – CLERK'S OFFICE

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | James P. Manning v. Rose Hill Golf Club, Inc. | |
| **Case Number** | No. 2017-177-Appeal.<br>(WB 14-532) | |
| **Date Order Filed** | December 14, 2018 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, and Indeglia, JJ. | |
| **Source of Appeal** | Washington County Superior Court | |
| **Judicial Officer From Lower Court** | Associate Justice Brian P. Stern | |
| **Attorney(s) on Appeal** | For Plaintiff:<br><br>Stephen F. Del Sesto, Esq. | |
| | For Defendant:<br><br>Robert E. Flaherty, Esq. | |